STATE OF NORTH CAROLINA v. CARLTON KENT BOWEN

No. 217A84

(Filed 2 October 1984)

APPEAL by the State of North Carolina pursuant to N.C.G.S. 7A-30(2) from the decision of a divided panel of the Court of Appeals, reported in 67 N.C. App. 512, 313 S.E. 2d 196 (1984), which overruled the judgment entered by *Rousseau, J.*, at the 11 October 1982 session of Superior Court, FORSYTH County, and granted a new trial to defendant. Heard in the Supreme Court 13 September 1984.

*Rufus L. Edmisten, Attorney General, by T. Byron Smith, Associate Attorney, for the State.*

*Alexander, Wright, Parris, Hinshaw & Tash, by Robert D. Hinshaw, for defendant.*

PER CURIAM.

There being no issue before this Court for review as required by Rule 16(b) of the North Carolina Rules of Appellate Procedure, the appeal is

Dismissed.